UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARTEAGA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>HARLAN,<br><br>　　　　　　Defendant(s). | Case No. CV 16-7702-DDP (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Motion to Dismiss, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss, ECF Docket No. 25, is DENIED.

Dated: January 16, 2018

　　　　　　　　　　　　　　　　　　　　　
HONORABLE DEAN D. PREGERSON
United States District Judge